## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Western Division

NECA−IBEW Local 364 Defined Contribution
Pension Fund, et al.

                                    Plaintiff,

v.                                         Case No.: 3:09−cv−50247

                                                 Honorable Frederick J. Kapala

MBC Electric Co., Inc.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 20, 2010:

      MINUTE entry before Honorable P. Michael Mahoney:Status hearing held on 1/20/2010. Case management order approved. FRCP 26(a)(1) disclosure due 2/17/10. FRCP 26(a)(2) reserved. Amended Pleadings due by 2/24/2010. Fact Discovery ordered closed by 6/18/2010. Dispositive Motions due by 7/19/2010. Telephonic Discovery Hearing set for 4/12/2010 at 09:30 AM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.